UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | )<br>)   3:09-md-02100-DRH<br>)<br>)   MDL No. 2100<br>) |

**This Document Relates To:**

*Deza Gillespie et al v. Bayer HealthCare Pharmaceuticals Inc., et al.*           No. 13-cv-10024-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered on April 30, 2015, granting the Motion to Dismiss, the above captioned case is **DISMISSED** with prejudice. Each party shall bear their own costs.

JUSTINE FLANAGAN,
ACTING CLERK OF COURT

BY:   /s/*Caitlin Fischer*
          **Deputy Clerk**

Digitally signed by David R. Herndon
Date: 2015.04.30 16:10:33 -05'00'

APPROVED:
          DISTRICT JUDGE
          U. S. DISTRICT COURT